# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNEAPOLIS

Melissa Hill,                                 Civil No. 09-3026 (RHK/AJB)

           Plaintiff,                       **ORDER**

vs.

Sgt. Michael Young, Officer David Roiger,
Captain Matthew A. Clark, Deputy Chief
Robert Allen, Deputy Chief Scott Gerlicher,
Chief Timothy Dolan, Officer John Doe
(whose true name is unknown), Officer Jane Roe
(whose true name is unknown) and City of
Minneapolis,

           Defendants.

Pursuant to the parties' Stipulation (Doc. No. 7), **IT IS ORDERED** that the settlement of this action is approved pursuant to Minn. Stat. § 466.08 and, as a result, the above-entitled action may be, and the same hereby is, **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 10, 2010

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge